# Order

**Lansing, Michigan**

April 10, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134408(37)

LAURA K. FUNDUNBURKS,
      Plaintiff-Appellee,

v

CAPITAL AREA TRANSPORTATION
AUTHORITY and MICHELLE BEARD,
      Defendants-Appellants.

_____

SC: 134408
COA: 274928
Ingham CC: 06-000062-NI

On order of the Chief Justice, the motion by the Michigan County Road
Commission Self-Insurance Pool for leave to file a brief *amicus curiae* is considered
and it is GRANTED



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2008

_____
Clerk